**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION**

| | |
|---|---|
| RONALD AND SHIRLEY EDMONDSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action Number: _____ ) |
| CITY OF BOAZ, ALABAMA, *et, al.,* | ) ) |
| Defendants. | ) |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant City of Boaz, Alabama

("Boaz"), removes this action from the Circuit Court of Marshall County, Alabama,

where it is currently pending as Civil Action Number: 50-CV-2023-900294.00, to

the United States District Court for the Northern District of Alabama, Middle

Division. As grounds for removal, Boaz states as follows:

1.      Plaintiffs Ronald and Shirley Edmondson commenced this action by

filing a complaint on October 5, 2023, in the Circuit Court of Marshall County,

Alabama, against Boaz and Mark Layne Turk. (Compl.).

2.      Boaz was served with a copy of the summons and complaint on October

6, 2023. Removal of this action is therefore timely under 28 U.S.C. § 1446(b)

because this notice of removal was filed within 30 days of the date Boaz was served.

3.     Boaz removes this action on the basis of federal question jurisdiction. In their complaint, plaintiffs attempt to state multiple causes of action against Boaz for purported violations of plaintiffs' "equal protection and substantive due process [rights] guaranteed by the . . . United States Constitution[.]" (Compl. at Count II, ¶ 29; *see also id.* at Count IV, ¶ 33). These claims invoke the Court's original federal question jurisdiction under 28 U.S.C. § 1331 because they necessarily "aris[e] under the Constitution[] [and/or] laws…of the United States."  Accordingly, this action is properly removable pursuant to 28 U.S.C. § 1441.

4.     In accordance with 28 U.S.C. § 1446(a), Boaz has attached to this notice of removal a true and correct copy of all process, pleadings, and orders that were served upon it while this action was pending in the Circuit Court of Marshall County, Alabama.  (**Exhibit A**).

5.     Additionally, in accordance with 28 U.S.C. § 1446(d), Boaz will promptly provide written notice to all adverse parties of the removal of this action and will file a copy of this notice of removal with the Clerk of the Circuit Court of Marshall County, Alabama.  (**Exhibit B**).

6.     As of the date of this notice of removal, the other properly named and served defendant in this action is Mark Layne Turk. Accordingly, in accordance with the unanimity requirement of 28 U.S.C. § 1446, please find attached a Consent to Removal for Mark Lane Turk. (**Exhibit C**).

7.     By removing this action from the Circuit Court of Marshall County, Alabama, Boaz does not waive any defenses available to it.

8.     By removing this action from the Circuit Court of Marshall County, Alabama, Boaz does not admit any of the allegations in plaintiffs' complaint.

9.     As demonstrated above, Boaz satisfied all of the requirements for removal prescribed by 28 U.S.C. §§ 1441 and 1446. If any question arises as to the propriety of the removal of this action, Boaz respectfully requests the opportunity to present a brief and oral argument in further support of this notice of removal.

Accordingly, Boaz respectfully requests the Court accept removal jurisdiction over this action and enter such orders as may be appropriate to effect the removal of this action from the Circuit Court of Marshall County, Alabama, to the United States District Court for the Northern District of Alabama, Middle Division.

*S/Allen L. Anderson*

Allen L. Anderson (ASB-5940-R75A)
Patrick E. Sebesta II (ASB-6130-N63C)

**Attorneys for defendant City of Boaz, Alabama**

**OF COUNSEL:**

**F&B LAW FIRM, P.C.**
213 Greene Street
Huntsville, Alabama  35801
Telephone Number:  (256) 536-0095
Facsimile Number:  (256) 536-4440
E-mail:  court@fb-pc.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2023, I electronically filed the foregoing with Clerk of Court using the ECF/CM system which will send notification of such filing to the following:

RODNEY EDMONDSON
**MCLAUGHLIN & EDMONDSON, LLC**
321 Blount Avenue
Guntersville, Alabama 35976-1105
Telephone Number:  (256) 582-2520
E-mail: rodney@mcedlaw.com

*S/Allen L. Anderson*
Allen Anderson

4